UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRADY D. WILLIAMS** | : | **DOCKET NO. 2:02-cv-1072**<br>Section P |
| VS. | : | **JUDGE TRIMBLE** |
| **D. THOMPSON** | : | **MAGISTRATE JUDGE WILSON** |

**O R D E R**

The court is currently in receipt of a letter from *pro se* plaintiff, Brady D. Williams, in which he requests a stamped copy of his "Motion Requesting Defendant's to Comply with Court's Order" and an address for Nat Douget. The court will construe this letter as a Motion for Copy and Information.

By the Motion for Copy, the plaintiff seeks to have the court provide him with a stamped copy of the "Motion Requesting Defendants to Comply with Court's Order" which he allegedly filed on June 27, 2005. The court notes that it is the responsibility of the parties to keep copies of the documents which they file with the court. In the event that a party fails to do so, he may obtain a copy from the Clerk of Court upon advance payment of $0.50 per page. It appears that the plaintiff is requesting a copy of the motion filed in the record as document number 128.[1] This motion consists of 3 pages, the attached proposed order consists of 2 pages, and the attached exhibits consist of 23 pages. Once plaintiff determines which portions of this document he needs, he can obtain the copies by submitting a written request to the Clerk of Court along with the appropriate payment. Accordingly, it is ORDERED that the motion be DENIED at this time.

By the Motion for Information, the plaintiff requests an address for Nat Douget Court Reporter. It is ORDERED that this motion be GRANTED, and the plaintiff is hereby informed that the address for Nat Douget Court & Video Reporters is P.O. Box 3226, Lake Charles, LA 70602-3226.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 15th day of August, 2005.

*/s/ Alonzo P. Wilson*
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff states in his letter that the motion was filed on June 27, 2005. However, there is no motion docketed on June 27, 2005. Document 128, which bears the title of the motion requested by the plaintiff, was received and filed by the Clerk of Court on June 15, 2005.