UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| **BRADY D. WILLIAMS** | : | DOCKET NO. 2:02-cv-1072<br>Section P |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| D. THOMPSON | : | MAGISTRATE JUDGE WILSON |

**O R D E R**

Currently before the court is a "Motion to Reconsider" filed by *pro se* plaintiff, Brady D. Williams. By this motion, the plaintiff seeks to have the court reconsider its orders dated July 11, 2005 and August 15, 2005 wherein the court denied the plaintiff's discovery requests.

Having considered the motion to reconsider and the reasons stated in the prior orders issued by this court, it is

ORDERED that the motion be DENIED.

THE CLERK OF COURT IS DIRECTED to mail the copies attached to the plaintiff's motion back to the plaintiff.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 7th day of November, 2005.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE